UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:25-cr-42 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| JOSEPH AARON LOWERY | ) | |

**INDICTMENT**

-FILED-

APR 17 2025

At _____ M
Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

**COUNTS 1–28**

On or about the following dates, in the Northern District of Indiana,

**JOSEPH AARON LOWERY,**

defendant herein, in connection with the acquisition of a firearm from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearm, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that he was the actual purchaser of a

firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person.

All in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearms Dealer |
| --- | --- | --- |
| 1 | May 15. 2020 | FFL #7 |
| 2 | June 13, 2020 | FFL #1 |
| 3 | January 8, 2021 | FFL #2 |
| 4 | January 12, 2021 | FFL #3 |
| 5 | February 4, 2021 | FFL #3 |
| 6 | February 27, 2021 | FFL #3 |
| 7 | June 12, 2021 | FFL #2 |
| 8 | June 18, 2021 | FFL #2 |
| 9 | July 11, 2021 | FFL #2 |
| 10 | August 30, 2021 | FFL #4 |
| 11 | August 30, 2021 | FFL #4 |
| 12 | March 28, 2022 | FFL #5 |
| 13 | March 29, 2022 | FFL #2 |
| 14 | April 14, 2022 | FFL #3 |
| 15 | April 14, 2022 | FFL #5 |
| 16 | May 12, 2022 | FFL #5 |
| 17 | June 20, 2022 | FFL #3 |
| 18 | November 7, 2022 | FFL #5 |
| 19 | November 12, 2022 | FFL #5 |
| 20 | December 13, 2022 | FFL #5 |
| 21 | December 30, 2022 | FFL #5 |
| 22 | July 18, 2023 | FFL #6 |
| 23 | August 10, 2023 | FFL #6 |
| 24 | September 17, 2023 | FFL #2 |
| 25 | January 12, 2024 | FFL #2 |
| 26 | February 13, 2024 | FFL #6 |
| 27 | February 20, 2024 | FFL #7 |
| 28 | February 22, 2024 | FFL #3 |

## THE GRAND JURY FURTHER CHARGES:

## COUNTS 29-56

On or about the following dates, in the Northern District of Indiana,

## JOSEPH AARON LOWERY,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual purchaser of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearms Dealer |
| --- | --- | --- |
| 29 | May 15. 2020 | FFL #7 |
| 30 | June 13, 2020 | FFL #1 |
| 31 | January 8, 2021 | FFL #2 |
| 32 | January 12, 2021 | FFL #3 |
| 33 | February 4, 2021 | FFL #3 |
| 34 | February 27, 2021 | FFL #3 |
| 35 | June 12, 2021 | FFL #2 |
| 36 | June 18, 2021 | FFL #2 |

| 37 | July 11, 2021 | FFL #2 |
| 38 | August 30, 2021 | FFL #4 |
| 39 | August 30, 2021 | FFL #4 |
| 40 | March 28, 2022 | FFL #5 |
| 41 | March 29, 2022 | FFL #2 |
| 42 | April 14, 2022 | FFL #3 |
| 43 | April 14, 2022 | FFL #5 |
| 44 | May 12, 2022 | FFL #5 |
| 45 | June 20, 2022 | FFL #3 |
| 46 | November 7, 2022 | FFL #5 |
| 47 | November 12, 2022 | FFL #5 |
| 48 | December 13, 2022 | FFL #5 |
| 49 | December 30, 2022 | FFL #5 |
| 50 | July 18, 2023 | FFL #6 |
| 51 | August 10, 2023 | FFL #6 |
| 52 | September 17, 2023 | FFL #2 |
| 53 | January 12, 2024 | FFL #2 |
| 54 | February 13, 2024 | FFL #6 |
| 55 | February 20, 2024 | FFL #7 |
| 56 | February 22, 2024 | FFL #3 |

A TRUE BILL

*/s/ Foreperson*
FOREPERSON

TINA L. NOMMAY
Acting United States Attorney

By: */s/ Ambris Saravanan*
AMBRIS SARAVANAN
Assistant United States Attorney